

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2022

No. 04-22-00331-CV

**IN RE** Joe Wayne **SUTHERLAND**, Rodney Matocha and Tammye Duckworth as Independent Co-Executors of the Estate of Hilbur A. Mason and as Independent Co-Administrators with Will Annexed of the Estate of Beatrice J. Mason,

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 20-01-00010-CVK
Honorable Russell Wilson, Judge Presiding

Original Mandamus Proceeding

# O R D E R

Sitting: Rebeca C. Martinez, Chief Justice
 Irene Rios, Justice
 Beth Watkins, Justice

On June 2, 2022, relators filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. On June 6, 2022, real party in interest filed a response to relators' emergency motion for stay. After considering relators' petition, emergency motion for stay, and real party in interest's response to relators' emergency motion, this court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **on or before June 29, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

We **GRANT** the emergency motion for stay relief as follows:

      1.    All proceedings in the Karnes County District Court are **STAYED** pending further orders of this court.

      2.    The trial court's "Order Granting Injunction and Writ of Prohibition" signed on February 28, 2022, is **STAYED** pending further orders of this court.

It is so **ORDERED** on June 14, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court